UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BLAKE GRANTHAM, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST FRANKLIN LOAN SERVICES; FIRST AMERICAN LOAN STAR TRUSTEE SERVICES, LLC, <br><br> Defendants. | 2:10-CV-00754-PMP-LRL <br><br> **ORDER** |

Before the Court for consideration are Defendant Home Loan Services, Inc.'s Motion to Dismiss (Doc. #7), and Motion to Strike Claim for Punitive Damages (Doc. #8), filed on June 18, 2010. As of this date, no responses have been filed and the time to do so has expired, and good cause appearing,

**IT IS ORDERED that** Defendant Home Loan Services, Inc.'s Motion to Dismiss (Doc. #7) and Motion to Strike Claim for Punitive Damages (Doc. #8) are **GRANTED**.

DATED: July 19, 2010.

_____
PHILIP M. PRO
United States District Judge